U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
FEB 11 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PHILANDER BUTLER<br>    FED. REG. NO. 16665-076<br>VS. | CIVIL ACTION NO. 07-1706<br>SECTION P<br>JUDGE DRELL |
| FREDRICK MENIFEE | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus (28 U.S.C. §2241) be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _11th_ day of _February_, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE